United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAUL MARTINEZ SANCHEZ, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02454 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On March 26, 2026, Petitioner Saul Martinez Sanchez ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1. On June 14, 2026, Respondents filed a Notice, notifying the Court that Petitioner's removal order became final on June 6, 2026, and of Respondents' intent to remove Petitioner "no sooner than in 5 days." Doc. #8. Petitioner has not filed a response to the Advisory.

The parties are ORDERED to file a status report no later than July 13, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

JUL 07 2026
Date

The Honorable Alfred H. Bennett
United States District Judge